# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PURVI, LLC,<br>    Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE<br>INSURANCE COMPANY,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 19-4250 |

## O R D E R

**AND NOW**, this 18th day of November, 2019, upon consideration of Defendant's Motion to Dismiss Count II of Plaintiff's Complaint for Failure to State a Claim (ECF 10) and Plaintiff's Response thereto (ECF 14), **IT IS ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's request to file a Second Amended Complaint is **DENIED**.

                **BY THE COURT:**

                /s/Wendy Beetlestone, J.

                _____
                **WENDY BEETLESTONE, J.**